19 - 1 1 3 6 BPG

19 - 1 1 3 8 BPG

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR CRIMINAL COMPLAINTS AND ARREST WARRANTS

Your affiant, Kevin M. Davies, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.      I am an Assistant Special Agent in Charge with the United States Treasury Department, Treasury Inspector General for the Tax Administration ("TIGTA"). I have been employed as a Special Agent with TIGTA for 27 years with the last 8 years in a supervisory position as an Assistant Special Agent in Charge.  I am duly commissioned as an Assistant Special Agent in Charge, and I am authorized to conduct criminal and other investigations arising under the laws of the United States, regulations administered by the Department of the Treasury and the Internal Revenue Service (IRS), to carry firearms, to execute and serve search and arrest warrants, to make arrests without warrant, to serve subpoenas and summons, and to require and receive information relating to such laws and regulations. I am a graduate of the Criminal Investigative Training Program ("CITP") held at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia, as well as the TIGTA Special Agent Basic and Advanced Training Courses conducted at FLETC, in Glynco, Georgia. Throughout my career, I have conducted numerous criminal investigations under the United States Code (U.S.C.) Title 18 and Title 26 involving bank fraud, wire fraud, and identity theft resulting in criminal convictions. Moreover, I have been the affiant on numerous federal search and seizure warrants in support of fraud investigations, and have executed or participated in numerous search warrants resulting in the seizure of evidence relating to criminal activity, that have resulted in criminal convictions.

1

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 0 2 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

2.      As an Assistant Special Agent in Charge, I receive continued education related to the investigation and prosecution of criminal fraud and other crimes related to the use of computers in the commission of criminal fraud.

3.      Your affiant makes this affidavit in support of criminal complaints charging Denise WHITE a/k/a "LISA" and Nigel BROOMES with violations of 18 U.S.C. §§ 1343 and 1349 (conspiracy to commit wire fraud and bank fraud).  Your affiant further requests arrest warrants for WHITE and BROOMES.

## CONVERSION AUTO LOANS

4.      Many financial institutions offer auto loans to their customers.  The auto loan application is submitted by the auto purchaser to the financial institution, listing the names and contact information for the applicant/borrower and the auto seller or dealer, as well as some description of the vehicle provided as collateral, to include its vehicle identification number ("VIN").   The loan application is reviewed, which typically includes a review of the applicant/borrower's credit history, and the financial institution decides whether to approve the loan.  If the loan is approved, the financial institution issues a check for an amount requested in the application and made payable either to the auto seller/dealer or to both the applicant/borrower and the seller/dealer.  Subsequently, the financial institution requests a vehicle title from the applicant/borrower as proof of ownership of the collateral.  If no title is provided by the applicant/borrower, the financial institution will often convert the auto loan to an unsecured personal loan in the name of the applicant/borrower with a higher APR.

## PROBABLE CAUSE

5.      In summary, the United States is investigating John ODAY, Denise WHITE a/k/a "LISA," Nigel BROOMES, and other known and unknown individuals who, between April 2016

2

and present date, committed and conspired to commit bank fraud, mail fraud, wire fraud, aggravated identity theft, and structuring by making fraudulent applications for auto loans, causing others to do so, using the stolen identity information of individual victims to make some of these fraudulent loan applications, and structuring transactions in fraud proceeds to evade reporting obligations by financial institutions.   Additionally, WHITE and BROOMES produced and trafficked counterfeit access devices and other false identification, employment, financial, commercial, and legal documents.

6.      During the course of this investigation, TIGTA has obtained records, surveillance images, and other information from several financial institutions; reviewed business registration records from government agencies; interviewed and received documents from individual victims and subjects of the investigation, and received documents and information from other law enforcement agencies regarding interviews with victims and subjects; obtained emails and other records from email service providers and from ODAY's former employer Tenacity Group pursuant to legal process; received phone records from various phone service providers; and obtained and reviewed information forensically extracted from one cell phone seized from ODAY in August 2017 and another cell phone seized from ODAY on February 5, 2019, pursuant to search and seizure warrants, which contained numerous text messages, contacts, images, and records of phone calls relevant to the investigation.

**John ODAY**

7.      ODAY was a resident of Maryland during the time period from January 2016 to June 2018.  During this time period, ODAY was employed by the mortgage company Tenacity Group (or Tenacity Mortgage Group), where he used the email address **johnoday@tenacitygroup.com**.  ODAY has held a mortgage broker's license at least since April

3

2015. ODAY is identified in records maintained by Google LLC as the subscriber of the email address **johneoday1970@gmail.com**, which was created on March 29, 2016. Records obtained from financial institutions show that ODAY has opened several bank accounts with multiple banks and credit unions. On September 6, 2016, ODAY opened a personal checking account with TD Bank identified by account number 4328393189.

8.       From no later than June 26, 2016, through February 5, 2019, ODAY has been using the phone number **202-262-9808**. Records obtained from Verizon show that the subscriber of **202-262-9808** is identified as John ODAY at 113 Anna Carol Drive, Stevensville, Maryland 21666. An Apple iPhone 7 Plus cellular telephone (the "ODAY PHONE 1") was seized from ODAY by Maryland State Police ("MSP") on or about August 29, 2017, in connection with an investigation of drug trafficking, was forensically examined pursuant to a state search warrant, and was eventually returned to ODAY. The phone number associated with the ODAY PHONE 1 was **202-262-9808**. On November 27, 2018, U.S. Magistrate Judge A. David Copperthite of the U.S. District Court for the District of Maryland signed a warrant authorizing law enforcement to examine the data extracted from the ODAY PHONE 1 for evidence of financial fraud.

9.       On January 23, 2019, the Grand Jury for the District of Maryland returned a nine-count Indictment charging ODAY with bank fraud conspiracy, bank fraud, and aggravated identity theft based on conduct outlined in part within this affidavit. As a result of the Indictment, a warrant for the arrest of ODAY issued on January 23, 2019.

10.      On February 1, 2019, U.S. Magistrate Judge Copperthite signed a search warrant authorizing law enforcement to examine location data from Verizon Wireless associated with **202-262-9808**.

11.     On February 5, 2019, pursuant to the search warrant, law enforcement learned from Verizon Wireless that **202-262-9808** continued to be in use in the area of Sarasota County, Florida, and used location data and visual surveillance to determine the location of ODAY and his cell phone.  On the same date, law enforcement stopped a vehicle ODAY was driving in Sarasota County, arrested ODAY, and seized an Apple iPhone 7 Plus cellular telephone (the "ODAY PHONE 2") from the passenger seat of the vehicle.  ODAY made an initial appearance in the U.S. District Court for the Middle District of Florida, was detained, and was ordered transferred to the District of Maryland.

12.     On February 5, 2019, the date of his arrest, following advisement and waiver of his *Miranda* rights, and prior to his initial appearance, ODAY participated in a voluntary interview with TIGTA agents and stated, in part, the following:  "LISA" was a person in Atlanta, Georgia who "set up" the auto loans, "put them in her computer," and "g[ot] the loans approved."  "LISA" used different names, to include "Denise WHITE," "Lisa Skusa," and "Lisa Young," and multiple email addresses, including **monicabrown8772@mail.com**.   Another individual also from Georgia, Nigel BROOMES, also "did" auto loans.  "LISA" and BROOMES knew each other, created fake vehicle titles listing ODAY's name, and obtained VINs for vehicles listed in the auto loan applications.  Contact information for "LISA" and BROOMES was stored in the ODAY PHONE 2 under the names "LISA" and "Francis," respectively.  ODAY communicated with "LISA" by phone, to include text messaging, and email.  ODAY brought "customers" or "clients" to "LISA."  After depositing loan checks into his account with TD Bank, ODAY sent some of the proceeds to "LISA."  ODAY also provided **404-668-8533** (the "WHITE PHONE") as "LISA's" phone number and **678-906-0221** (the "BROOMES PHONE") as BROOMES's phone number.

13.     On February 21, 2019, U.S. Magistrate Judge Stephanie A. Gallagher signed a warrant authorizing law enforcement to examine data stored in the ODAY PHONE 2 for evidence of various financial fraud offenses. Upon review of information stored in the ODAY PHONE 2, a TIGTA agent observed the phone number **404-668-8533** (the "WHITE PHONE") stored as a contact under the name "LISA" and the phone number **678-906-0221** (the "BROOMES PHONE") stored under the name "Francis." The TIGTA agent also observed phone contacts, to include voice calls listed in a call log and text messages, with the "WHITE PHONE" dated as recently as February 4, 2019, and the "BROOMES PHONE" dated as recently as February 5, 2019.

14.     On March 6, 2019, U.S. Magistrate Judge Copperthite signed warrants authorizing law enforcement to seize and examine information associated with the prospective locations of the WHITE PHONE and the BROOMES PHONE from cellular telephone service providers. Information obtained from the service providers revealed that between March 11, 2019, and March 25, 2019, the WHITE PHONE and the BROOMES PHONE remained in use and were located in the Northern District of Georgia, as further described below.

**Denise WHITE a/k/a "LISA"**

15.     During interviews with law enforcement, multiple subjects stated that ODAY named "LISA" as his assistant or the person responsible for processing auto loans for him. Based in part on the post-arrest statement of ODAY, as well as information outlined below, your affiant believes that "LISA" and Denise WHITE are the same person.

16.     WHITE has a criminal history in Georgia, including convictions for aggravated stalking (2005), financial transaction card fraud (2005 and 2011), forgery (2005 and 2011), probation violation (2006), giving false name or identification to a law enforcement officer (2011), and identity theft fraud (2011 and 2013). By letter dated March 20, 2019, the Georgia Department

of Community Supervision ("DCS") informed TIGTA that WHITE remains under supervision in connection with sentences imposed for fraud offenses in multiple jurisdictions in Georgia including Dekalb County, Cobb County, and Forsyth County. DCS identified WHITE's current address as 431 Pomona Circle, Atlanta, Georgia 30315.

17.    Records obtained from the Georgia Superior Courts Clerks' Cooperative Authority and the Clerk of Fulton County (Georgia) Superior Court show that Denise WHITE was certified as a notary public in Fulton County, Georgia on January 27, 2015, to expire on January 26, 2019.

18.    Records obtained from online payment and money transfer provider PayPal list several accounts identifying the account holder as Denise WHITE and listing the email address **whitedenise8772@gmail.com**. Some of these accounts also list alternative email addresses, including **lisaskusa72@gmail.com**. PayPal records reflect several payments by ODAY (from a PayPal account listing his Google email address) to WHITE between November 10, 2016, and September 21, 2017, ranging from approximately $10 to $3,500.

19.    Records obtained from mobile phone service provider Sprint list a subscriber of **404-668-8533** (the "WHITE PHONE") in 2016 as a business entity called "ON POINT TRANZ CORP" located in Atlanta, Georgia. Records obtained from the Georgia Corporations Division list the registered agent and incorporator of Onpoint Tranz Corp as Denise WHITE at the same street address listed for the company in Sprint records. The company was registered in April 2016.

20.    The ODAY PHONE 1 was found to contain a saved cell phone screenshot listing a shipment tracking update requested by "LISA YOUNG" of a company named "one stop investment group" with email address **lisayoung8772@gmail.com**. TIGTA located Facebook profiles for Denise WHITE and "One Stop Investment Group, LLC," reviewed publicly accessible information listed in these profiles, and obtained records from Facebook associated with these

7

profiles. WHITE's Facebook profile promotes a number of businesses, lists "1 Stop Investment Group LLC" as one of the businesses where WHITE works, and notes that WHITE is the owner of Onpoint Tranz Corp. The email address listed for WHITE's Facebook account is **whitedenise8772@gmail.com**. Facebook records list the creator of the "One Stop Investment Group, LLC" account as Denise WHITE.

21.     The Facebook profile for "One Stop Investment Group, LLC" was found to list a hyperlink to the website **www.1stopinvestmentgroup.wordpress.com**. According to information obtained from WordPress.com, the aforementioned website was created on November 11, 2016, and payments for WordPress services were paid for by Denise WHITE with a Mastercard payment card with a number ending in 1344. PayPal records for an account held by Denise WHITE and listing email address **whitedenise8772@gmail.com** (the same PayPal account to which ODAY sent several payments in 2016 and 2017) list a debit card with a number ending in 1344.

22.     Forensic examination of ODAY PHONE 1 revealed that ODAY exchanged more than 7,000 text messages with **404-668-8533** (the "WHITE PHONE") between February 13 and August 29, 2017, and over 100 text messages with **205-512-0434** between April 28 and April 29, 2017. In these text messages, ODAY frequently discussed financial institutions, loan applications, loan checks, personal identifying information ("PII") belonging to other individuals, and VINs and specifications of various vehicles. ODAY addressed the user of the WHITE PHONE as "LISA" numerous times and, in a text message on February 24, 2017, called her "LISA YOUNG."

23.     Talkatone is a voice over Internet Protocol ("VOIP") service provided by Ooma Inc. which allows voice and multimedia communications over IP networks, as an alternative to telephone service. Records obtained from Ooma Inc. identify Denise WHITE as the subscriber of Talkatone number **205-512-0434** between March 11, 2017, and July 9, 2017. WHITE's phone

number is listed as **404-668-8533** (the "WHITE PHONE") and her email address is listed as **whitedenise8772@gmail.com**.

24. Several of the text messages between ODAY and WHITE/ "LISA" recovered from the ODAY PHONE 1 made references to emails exchanged between them, such as the following:

a. On February 15, 2017, ODAY sent text messages to WHITE/ "LISA" stating, "I need to pay off some of these loans i am starting to catch major heat its not going to be pretty // Can u refer any car folks then delete from there credit[?]" Later on the same date, ODAY sent WHITE/ "LISA" another text message stating, "I found someone over here any luck on ur end babe ???" On February 17, 2017, ODAY sent WHITE/ "LISA" a text message stating, "Can u help me get rid of some of these loans please wtf can i do about it ???", to which WHITE/ "LISA" responded, "Check your email in a few minutes." ODAY later sent WHITE/ "LISA" text messages stating, "He f---in backed out // I need to find someone asap please // Can u please help me[?]" WHITE/ "LISA" responded, "Wow // Ima call around and ask someone." WHITE/ "LISA" later sent a text message listing the name Denise WHITE, a social security number, and an address in Huntsville, Alabama. ODAY directed WHITE/ "LISA" to call him and, approximately 30 minutes later, sent a text message stating, "Sent."

b. On March 3, 2017, ODAY sent WHITE/ "LISA" text messages stating, "If i do a loan without someones persimmon [*sic*] and get a POA and pay it off asap is that risky ???" (Based on training and experience, your affiant understands "POA" to refer to "power of attorney" and believes "persimmon" is a misspelling of "permission.") On March 7, 2017, ODAY sent WHITE/ "LISA" a text message stating, "Can u check ur email and let me know if that wrks [*sic*] thanks." On March 7 and March 8, 2017, ODAY sent WHITE/ "LISA" multiple text messages asking whether she checked her email.

9

25.     TIGTA has reviewed records obtained from Google LLC and 1&1 Mail & Media Inc. regarding the email accounts **whitedenise8772@gmail.com**, **lisayoung8772@gmail.com**, **lisaskusa72@gmail.com**, and **monicabrown8772@mail.com**.  Denise WHITE is identified as the subscriber of **whitedenise8772@gmail.com**.   Notably, the **lisaskusa72@gmail.com** and **whitedenise8772@gmail.com** accounts were both accessed several times on December 13, 2018, using the same IP address; were both accessed using another IP address on December 11, 2018; were both accessed using yet another IP address on December 10, 2018; and were both accessed using another IP address on October 4, 2018.  (No recent IP addresses were available for the **lisayoung8772@gmail.com** and **monicabrown8772@mail.com** accounts.)

26.     Records obtained from Tenacity Group show that, between November 2016 and March 2017, ODAY sent several emails to WHITE/"LISA" at **lisayoung8772@gmail.com** attaching credit reports listing PII and financial accounts belonging to other individuals.  Between May and July 2017, ODAY sent emails to WHITE/ "LISA" at **monicabrown8772@mail.com** attaching credit reports listing PII and financial accounts belonging to other individuals.

27.     Between August 8 and December 8, 2017, ODAY (using both his work and Google email addresses) exchanged several emails with WHITE/"LISA" at **monicabrown8772@mail.com** during which ODAY asked whether particular loans were approved, requested account numbers and other information, complained that he had no money, claimed that he had people with "good scores" and needed to "do" loans, received from WHITE/ "LISA" information about multiple vehicles, and asked WHITE/ "LISA" to call him.  On August 30, 2017 (the day after the ODAY PHONE 1 was seized by MSP), ODAY sent to WHITE/ "LISA" an email with the subject line "lost my phone; did anyone get any checks as of yet," and another email with the subject line "I am trying to get a new phone today but I don't have any money so

not sure what I am going to do. Did anyone get approved for anything." ODAY and WHITE/ "LISA" then exchanged several emails during which ODAY requested her phone number and account numbers, and WHITE/ "LISA" provided the phone number **404-668-8533** (the "WHITE PHONE").

28.     Between January 15 and January 18, 2018, ODAY sent several emails to WHITE/ "LISA" at both **monicabrown8772@mail.com** and **lisaskusa72@gmail.com** requesting that she send him a particular bill of sale. When WHITE/ "LISA" (using **lisaskusa72@gmail.com**) responded that she had already sent ODAY the bill of sale via email, ODAY sent emails to both **lisaskusa72@gmail.com** and **monicabrown8772@mail.com** requesting that WHITE/ "LISA" resend the bill of sale. On January 18, 2018, ODAY sent to WHITE/ "LISA" (at **lisaskusa72@gmail.com**) an email stating, "I got an extension on her loan can u please send the bill of sale," and additional emails stating, "Can u find someone to do a conversion car loan," and "I would split it with u lol," to which WHITE/ "LISA" replied that she would call ODAY. On April 19, 2018, ODAY and WHITE/ "LISA" (using **lisaskusa72@gmail.com**) exchanged a series of emails during which WHITE/ "LISA" provided drafts of a fabricated letter purporting to be authored by "Amanda Skusa," which ODAY eventually forwarded to a representative of a private elementary school. On April 22, 2018, WHITE/ "LISA" (using **lisaskusa72@gmail.com**) sent an email to ODAY with the subject line "DCU" and attaching a document listing information regarding a 2015 Mercedes Benz vehicle, including its VIN and description of its features. (Based on findings during the investigation, your affiant understands "DCU" to stand for "Digital Federal Credit Union.")

29.     Examination of 1&1 Mail & Media Inc. records associated with **monicabrown8772@mail.com** revealed numerous emails between WHITE/ "LISA" and several

other individuals exchanging other persons' PII and attaching fake identification documents, including driver's licenses and social security number cards, and other fabricated documents, including auto insurance policy documents, vehicle titles, and payroll statements. Multiple emails sent to different individuals also included instructions on "building profiles" for credit history. On May 23, 2017, WHITE/ "LISA" (using **monicabrown8772@mail.com**) sent an email to BROOMES (at **british3480@gmail.com**) attaching an IRS Form W-2, Statement of Wages and Earnings, purportedly issued by employer Onpoint Tranz Corp., Atlanta, GA. On September 19, 2017, WHITE/ "LISA" sent another email to BROOMES attaching another IRS Form W-2 purportedly issued by employer Gaps Management & Investment, Atlanta, GA. Through further investigation, each of the aforementioned IRS Forms W-2 was determined to be counterfeit. On September 20, 2017, WHITE/ "LISA" sent an email to PNC Bank attaching another fraudulent IRS Form W-2, which was apparently sent in connection with a loan issued by, or loan application made to, PNC Bank. The employer listed on said IRS Form W-2 form was Onpoint Tranz Corp.

30. Examination of ODAY PHONE 2 revealed numerous communications between ODAY and WHITE/ "LISA." Between December 3, 2018 and February 5, 2019, 1005 text messages were sent and received between ODAY PHONE 2 and **404-668-8533** (the "WHITE PHONE"). On December 4, 2018, the WHITE PHONE sent a text message to ODAY stating, "Did you get the invoice boo." On January 10, 2019, ODAY sent a text message to WHITE/ "LISA" stating, "need three loans ASAP 60 a piece." On the same date, WHITE/ "LISA" sent to ODAY a text message stating, "He said 15 and you my usual," to which ODAY responded, "15% and 1,500 for u per deal," and WHITE/ "LISA" replied, "Yes." On February 4, 2019, ODAY sent a text message to WHITE stating, "can we get money by tomorrow," to which WHITE responded "yes."

31.     Between March 11, 2019, and March 25, 2019, cell phone tracking data of the WHITE PHONE revealed a pattern of the WHITE PHONE being located at 2163 Mulberry Street, East Point, GA 30344 (the "WHITE PREMISES"). On March 20, 2019, a TIGTA agent witnessed a 2013 Black Audi Q7 SUV registered in WHITE's name parked in the driveway of the WHITE PREMISES. Additionally, on the same date, the agent witnessed WHITE answer the door to a visit by officers of the East Point Police Department. The officers informed the TIGTA agent that WHITE produced identification at their request and her identity as Denise WHITE was verified. Moreover, the officers advised that WHITE stated that she has been residing at the WHITE PREMISES since November 2018.

### Nigel BROOMES

32.     Records obtained from Google LLC identify Nigel BROOMES as the subscriber of **british3480@gmail.com**. The account was created on July 28, 2014.

33.     Searches of law enforcement databases revealed that Nigel Michael BROOMES, a/k/a Nigel Michael Brooms, has a criminal history for felony theft and identity theft related offenses, including an arrest in 2015 in the state of Georgia where BROOMES was charged with two counts of identity theft fraud to create, use, or possess counterfeit or fictitious identifying information concerning a real person. BROOMES was sentenced to five years' probation. By letter dated March 20, 2019, Georgia DCS informed TIGTA that BROOMES (with his name spelled "Brooms") remains under supervision in connection with a sentence imposed for financial identity fraud and theft in Cobb County, Georgia. DCS identified BROOMES's current address as 2665 Delk Road, Apt. E, Marietta, Georgia 30067.

34.     Records obtained from PayPal list multiple PayPal accounts associated with **british3480@gmail.com**, which list the account holder as Nigel BROOMES, **678-906-0221** (the

"BROOMES PHONE") as his phone number, and multiple addresses in Georgia.   Between November 10, 2016, and August 12, 2017, the same PayPal account held in the name of WHITE that received payments from ODAY also received several payments (ranging from $30 to $400) from a PayPal account held by BROOMES.

35.   Records obtained from Verizon list the subscriber of the BROOMES PHONE as "Gaps Management Investments," a business name similar to that listed in a fraudulent IRS Form W-2 found as an attachment to an email sent by WHITE (using **monicabrown8772@mail.com**) to BROOMES described in Paragraph 29.   Phone records revealed further that the BROOMES PHONE exchanged approximately 2,870 phone calls with ODAY (at **202-262-9808**) between March 2018 and February 2019.

36.   Forensic examination of the ODAY PHONE 2 revealed that 394 telephone calls had been made between **678-906-0221** (the "BROOMES PHONE") and ODAY PHONE 2 between December 2018 and February 2019.   Additionally, 1005 text messages via mobile text messaging application WhatsApp were exchanged between ODAY and the BROOMES PHONE between December 3, 2018, and February 5, 2019.   For instance, on January 25, 2019, ODAY sent a message to the BROOMES PHONE stating "Are we getting the wire[?]"

37.   ODAY   exchanged   numerous   emails   with   BROOMES   (using **british3480@gmail.com**)   between December 7, 2017, and September 27, 2018, by which they sent each other various auto title applications, bills of sale, buyer's orders regarding transactions in vehicles, utility bills, all listing the names of various other individuals.   For instance, on May 18, 2018, BROOMES forwarded to ODAY an email attaching a purchase contract for a 2018 BMW vehicle, which listed a person with the initials "B.D." of Grasonville, Maryland as the buyer. On May 23, 2018, BROOMES forwarded another email to ODAY attaching a bill of sale for a

2018 Tesla vehicle, which also listed B.D. as the purchaser, and a separate email attaching an Intent-to-Sell form for Digital Federal Credit Union ("DCU") regarding the Tesla vehicle, which also listed B.D. as the buyer.

38.     Examination of Google records associated with **british3480@gmail.com** revealed numerous emails between BROOMES and several other individuals exchanging other persons' PII and attaching fake identification documents, including driver's licenses and social security number cards, and other fabricated documents, including social security cards, IRS forms, payroll records, and bills of sale and purchase orders for vehicles.

39.     Between March 11, 2019 and March 25, 2019, cell phone tracking data of the BROOMES PHONE revealed that the BROOMES PHONE was located in the vicinity of two apartment complexes adjacent to one another, including the Villas at Briarcliff Apartment Homes in Atlanta, GA.  On March 21, 2019, a TIGTA agent observed a 2015 Black Infinity Q50 sedan registered in BROOMES's name in the Villas at Briarcliff Apartment Homes complex. The agent then witnessed BROOMES park the 2015 Black Infinity Q50 sedan in front of 1850 Briarcliff Circle NE and enter the building.  On the same date, the agent confirmed with the leasing office of the Villas Briarcliff Apartment Homes that a male matching the photo image of BROOMES resides in Unit D of 1850 Briarcliff Circle NE (the "BROOMES PREMISES").  A maintenance technician employed at the property informed the TIGTA agent that he saw BROOMES inside the BROOMES PREMISES on March 18, 2019. Further, the TIGTA agent learned from the property manager that BROOMES is believed to be residing in the BROOMES PREMISES under an assumed name because lease records showed no record of any lease under BROOMES's name.

**D.H., T.H., and P.H.**

40.     On November 16, 2016, an application for an auto loan was submitted to Navy

FCU in the name of T.H. for a loan to purchase a 2013 Mercedes-Benz vehicle, listing ODAY as

the auto seller.  On the same date, Navy FCU issued a check in the amount of $45,000 payable to

T.H. and ODAY, and the check was deposited into ODAY's personal checking account with TD

Bank (# 4328393189) on or about November 21, 2016.

41.     On January 17, 2017, an application for an auto loan was submitted to Navy FCU

in the name of P.H. (T.H.'s husband) for a loan to purchase a 2014 Audi Q7 SUV, listing ODAY

as the auto seller.  On the same date, Navy FCU issued a check in the amount of $48,000 payable

to P.H. and ODAY.  On or about January 25, 2017, the check was deposited into ODAY's personal

checking account with TD Bank (# 4328393189).

42.     Through further investigation, TIGTA learned that ownership of the

aforementioned 2013 Mercedes vehicle was transferred in December 2016 from a Carmax used

car dealership in Nevada to an individual with the initials J.I.  TIGTA also learned that the

aforementioned 2014 Audi vehicle transferred ownership in February 2017.  There is no indication

that ODAY, T.H., or P.H. ever owned either of these vehicles.

43.     During an interview with a TIGTA agent, T.H. stated as follows:  T.H.'s son, D.H.,

had introduced T.H. to ODAY.  D.H. was involved in making investments with ODAY.  D.H.

recruited T.H. to help him make an investment in the purchase of a used car.  In November 2016,

ODAY spoke to T.H. by phone and explained the investment opportunity further.  The objective

was to apply for an auto loan with Navy FCU and have it paid in full within 90 days by ODAY.

T.H. and D.H. never saw the vehicle.  Navy FCU sent T.H. a promissory note, which she gave to

ODAY.  Later, T.H. met with ODAY at a bank and signed a check issued by Navy FCU for

$45,000. She gave ODAY the check, and he deposited it. She never received any of the proceeds of the check. T.H. made payments on the loan while she was in communication with ODAY by text messaging, asking him when he was going to pay the loan. After first sending T.H. bad checks, ODAY eventually sent her a payment of $800 by a PayPal transaction to her account. ODAY told T.H. that he would no longer be writing her checks. Subsequently, T.H. ceased making payments on the loan and realized that she had been scammed.

44.     During an interview with a TIGTA agent, D.H. stated as follows: In 2017, ODAY offered D.H. an investment opportunity to purchase used auto vehicles in bulk and sell them for a profit within 90 days. ODAY explained that D.H. would need to apply for an auto loan and purchase the cars from ODAY. D.H. agreed but could not participate due to a low credit rating. D.H. asked his parents T.H. and P.H. to apply for the necessary loans. T.H. agreed and gave her personal information to D.H. to give to ODAY in order to apply for the auto loan in her name. D.H. told his mother to communicate directly with ODAY in order to settle the loan and cash its proceeds, which she did. D.H. furnished his father P.H.'s personal information to ODAY upon request. D.H. learned that ODAY applied for an auto loan in P.H.'s name without P.H.'s knowledge or consent.

45.     TIGTA obtained a copy of a notarized Power-of-Attorney document dated January 23, 2017, purporting to grant P.H.'s financial powers of attorney to D.H. and to bear P.H.'s signature. The document bears the signature and stamp of Denise WHITE as notary public and the signature of "LISA YOUNG" as a witness.

46.     During an interview with a TIGTA agent, P.H. stated as follows: P.H. never met or spoke with ODAY but learned of ODAY from his wife. P.H. never applied for an auto loan with Navy FCU, never gave permission for ODAY to apply for any such loan, and never gave

ODAY his PII. The aforementioned Power-of-Attorney document is a forgery. D.H. told P.H. that ODAY created the document.

**C.H.**

47.     In December 2016, an application for an auto loan was submitted to Navy FCU in the name of C.H. for a loan to purchase a 2014 BMW X6 SUV, listing ODAY as the auto seller. On or about December 28, 2016, Navy FCU issued a check in the amount of $45,000 payable to ODAY and C.H. On or about January 4, 2017, the check was deposited into ODAY's personal checking account with TD Bank (# 4328393189).

48.     Through further investigation, TIGTA learned that the aforementioned 2014 BMW vehicle transferred ownership in February 2017 from a Northeast Motorcars dealership in New Jersey to an individual with the initials S.S. There is no indication that ODAY or C.H. ever owned this vehicle.

49.     During an interview with a TIGTA agent, C.H. stated as follows: D.H. introduced C.H. to ODAY in December 2016 and explained an investment opportunity to C.H. involving ODAY's purchase and sale of luxury vehicles. D.H. explained that C.H. would need to pay ODAY to purchase a vehicle and C.H. would receive a profit. ODAY offered to apply for an auto loan with Navy FCU on C.H.'s behalf, and C.H. agreed. C.H. met ODAY at a TD Bank location in Annapolis, Maryland in January 2017 and signed a check over to ODAY.

50.     During a later interview on January 9, 2019, C.H. stated, in part, as follows: When confronted about failing to pay back C.H.'s loan, ODAY blamed a person named "NIGEL" and also told C.H. that "LISA" would take care of the loan. C.H. had contacts with "LISA," who told him that ODAY would give her money to pay off C.H.'s loan. C.H. also received a phone call from "NIGEL" to verify the balance of C.H.'s loan. "NIGEL" had C.H.'s social security number

18

and told C.H. that the loan would be paid off by the end of the month that they spoke.  C.H. never heard from "NIGEL" again, and the loan was never paid off.  (Phone records revealed that Nigel BROOMES, using the BROOMES PHONE, exchanged approximately seven calls with C.H. on September 11, 2018.)

51.     C.H. stated further that he has continued to communicate with ODAY through text messages and through Facebook, and showed law enforcement some of these communications. During a series of messages through Facebook, C.H. complained that ODAY had taken advantage of him for "54k"; that law enforcement had contacted him about ODAY; that ODAY, D.H., and "NIGEL" lied to him; and that his "credit is f---ed."  ODAY promised to pay C.H., stated that he (ODAY) "paid Nigel 750.00," and repeatedly asked C.H. to call him (ODAY).  In December 2018, ODAY told C.H. that "NIGEL" and "LISA" were trying to call C.H. to resolve his credit issues.

**K.A.**

52.     On March 9, 2017, an application for an auto loan was submitted to Navy FCU in the name of K.A. for a loan to purchase a 2014 Porsche Cayenne vehicle, listing ODAY as the auto seller.  On March 13, 2017, a separate application for an auto loan was submitted to PNC Bank in the name of K.A. for a loan to purchase another vehicle, again listing ODAY as the auto seller.  Between March 10 and March 13, 2017, Navy FCU and PNC Bank each issued a check in the amount of $45,000 payable to ODAY and K.A.  On March 13, 2017, each of the two checks was deposited into ODAY's personal checking account with TD Bank (# 4328393189).

53.     Through further investigation, TIGTA learned that the aforementioned 2014 Porsche vehicle transferred ownership in May 2017 from a dealership in Miami, Florida to an individual with the initials J.C.  There is no indication that ODAY or K.A. ever owned this vehicle.

54.     During an interview with law enforcement, K.A. stated as follows: K.A. had contacts with ODAY about refinancing her home in 2015 and 2016. In March 2017, ODAY called K.A. to request help financing vehicle purchases by having K.A. take an auto loan in her name. K.A. would be paid $30,000 for her role and would not be responsible for repaying the loan. K.A. initially agreed but changed her mind, at which point ODAY put K.A. in contact with "LISA" by phone. "LISA" said that she was a credit fixer and that she had family members who had participated, and assured K.A. that the loans would be paid off within 60 days. K.A. then agreed to participate, and ODAY told her that he took out two $45,000 auto loans in her name. K.A. received one check from Navy FCU by mail and picked up the other check from PNC Bank. K.A. and ODAY then visited two separate branches of TD Bank in Maryland, and ODAY deposited one check at each location. ODAY subsequently gave K.A. five personal checks totaling $20,000, which K.A. used to pay the auto loans. ODAY promised to send payments for the loans and did so until July 2017. K.A. sent text messages and emails to ODAY requesting payment but eventually stopped hearing from him. K.A. had additional contacts with "LISA" and was advised not to contact the banks.

55.     K.A. provided information recorded in her cell phone, including text messages exchanged between her, ODAY, and "LISA" (a contact saved in her phone as "Lisa Cayenne"). K.A. provided two contact phone numbers for "LISA": **404-668-8533** (the "WHITE PHONE") and **205-512-0434** (the aforementioned VOIP number subscribed in WHITE's name). K.A. exchanged a series of text messages with ODAY on March 9, 2017, during which she provided images of her driver's license, credit union member number, and password to ODAY. On the same date, K.A. received from ODAY information regarding auto loan applications and a 2014 Porsche vehicle, including its VIN and details about its features. On March 10, 2017, K.A. and

ODAY exchanged a series of text messages during which K.A. initially stated her intention to cancel the auto loans based on the advice of an attorney friend. ODAY asked to talk to K.A. before she cancelled and then promised to put her in contact with a "supervisor" from Navy FCU.

56.     Examination of the ODAY PHONE 1 revealed that ODAY forwarded to WHITE/ "LISA" (at the WHITE PHONE) a text message from K.A. stating her intention to cancel the auto loans and asked WHITE/"LISA" what he should tell K.A. "so she don't cancel" and whether WHITE/"LISA" should call her. WHITE/"LISA" directed ODAY to tell K.A. "[s]he don't have anything to worry about," requested K.A.'s number, and stated that she (WHITE/"LISA") would call her and tell her that she works for Navy FCU. ODAY agreed. Approximately 35 minutes later, "LISA" told ODAY that she was able to calm K.A. ODAY then asked to "get something in writing for her and get it notarized," stating that K.A. "will NOT make any payments and loans will be paid off within 45/60 days," to which WHITE/"LISA" responded, "I surely will and I'll notorize [*sic*] it and email to you."

57.     K.A. provided a copy of a notarized document signed and stamped by a State of New York public notary C.C., bearing the signature of ODAY, dated March 13, 2017, and stating that certain "funding" would be paid off in "45 to 60 days" and that K.A. would not be financially liable. Records obtained from Tenacity Group show that, on March 10, 2017, ODAY sent an email to K.A. attaching a version of this document that was not signed but was notarized.

58.     K.A. and ODAY continued to correspond by text messaging over the course of several months between March 2017 and October 2017, during which they discussed a Navy FCU check K.A. received, arrangements to meet at a TD Bank after K.A. met with PNC Bank, a promissory note for Navy FCU and other bank documents, payments due on the loans, checks ODAY promised to send K.A. via FedEx, K.A.'s receipt of checks from ODAY, Navy FCU's and

PNC Bank's requests for a vehicle title, and ODAY's failure to pay off the loans within the agreed-upon time frame.

59.     Between September 2017 and December 2017, K.A. contacted ODAY and WHITE/"LISA" several times by text message, asking when the loans would be paid off.  ODAY and WHITE/ "LISA" each responded to messages from K.A. in September 2017 and October 2017 with promises to call her and/or meet with her.  ODAY and WHITE/"LISA" each eventually stopped responding to K.A.'s text messages in October 2017.

### V.G.

60.     On July 11, 2017, an application for an auto loan was submitted to Pentagon Federal Credit Union ("PenFed") in the name of an identity-theft victim with the initials V.G. for a loan to purchase a 2011 Mercedes G554 vehicle, listing ODAY as the auto seller.  PenFed identified **73.106.2.157** as the IP address used to submit this loan application online.  According to records obtained from 1&1 Mail & Media Inc., the same IP address was used to log into the email account **monicabrown8772@mail.com** on August 17, 2017.

61.     On or about July 12, 2017, PenFed issued a loan check in the amount of $50,000 payable to ODAY and V.G.  Security images provided by TD Bank showed ODAY depositing said check into ODAY's personal checking account with TD Bank (#4328393189) in Annapolis, Maryland on July 17, 2017.  On July 19, 2017, ODAY made a payment of $2,000 via PayPal to WHITE/"LISA,"    using    a    PayPal    account    associated    with    the    email    address **whitedenise8772@gmail.com**.

62.     Through further investigation, TIGTA learned that the aforementioned 2011 Mercedes vehicle transferred ownership in August 2017 from New York residents with the initials

22

D. and E.A. to a Minnesota resident with the initials C.B.  There is no indication that ODAY or V.G. ever owned this vehicle.

63.     TIGTA agents interviewed V.G., a resident of California, in order to confirm V.G.'s report that her identity had been stolen.  V.G. told TIGTA agents that she never applied for any loan with PenFed, never held an account with PenFed, and had no knowledge of ODAY.

64.     Records obtained from 1&1 Mail & Media Inc. revealed that WHITE (using **monicabrown8772@mail.com**) sent an email to ODAY (at **johnoday@tenacitygroup.com**) on July 13, 2017, attaching a form titled "Endorsement Authorization and Release" and listing V.G.'s name with ODAY's address in Stevensville, Maryland.  The form purports to bear the signature of V.G. as well as the signature and stamp of the same public notary C.C. identified in Paragraph 57.  A redacted image of the upper portion of the form is displayed below:



65.     Records obtained from Tenacity Group show that, on July 14, 2017, ODAY sent an email to WHITE/"LISA" (at **monicabrown8772@mail.com**) stating, "Call me," and attaching

a different version of the "Endorsement Authorization and Release" form, which also listed V.G.'s name but without ODAY's address or any signatures.

66.     During his post-arrest statement on February 5, 2019, ODAY stated that he did not know V.G. and that V.G. was a "client" of "LISA."

67.     On March 12, 2019, V.G. was shown multiple versions of the aforementioned "Endorsement Authorization and Release" form obtained during the investigation and stated that she did not make the signatures purporting to be hers and that she never saw the form before or signed it. V.G. was also shown photos of ODAY and WHITE and stated that she did not know them or anyone by their names or known aliases, including "Lisa Young," "Lisa Skusa," and "Monica Brown."

## S.O.

68.     During an interview with a TIGTA agent, S.O. stated as follows: S.O. first met ODAY in 2014. After learning that ODAY was a mortgage broker, S.O. expressed interest in purchasing a home in the future, and ODAY requested her PII in order to check her credit, which she provided. In December 2017, ODAY offered S.O. an opportunity to make an amount of money in order to qualify for a mortgage. He told S.O. that he had a friend who owned a car dealership and S.O.'s credit would be used to secure an auto loan that would allow the friend to purchase a car and then re-sell it for a profit. S.O. would be paid for her participation, and she would not have to pay the loan. In January 2018, S.O. learned from PNC Bank that she was approved for a loan. ODAY directed her to meet him at a PNC Bank branch location in Chester, Maryland and to go inside the bank alone to meet with the loan officer, which she did. She received a packet from the loan officer and gave it to ODAY. ODAY later directed S.O. to meet him at a SunTrust Bank branch location in Chester, stating that he needed her signature to cash a check and S.O. would

24

receive her share of the proceeds. S.O. signed the check as directed. ODAY subsequently gave S.O. two post-dated starter checks made payable to her totaling $4,000, but she never negotiated them, believing that they would not clear. Over the course of several months, S.O. received delinquency statements from PNC Bank about the auto loan. When she contacted ODAY, he promised to take care of it. S.O. eventually reported the matter to PNC Bank.

69.     S.O. later stated that ODAY provided the phone number for a person named NIGEL and told her that NIGEL was in charge of the transactions surrounding the auto loans and owned a car selling business called "404 Auto Sales."

70.     S.O. provided several documents, including copies of emails she received from ODAY into an Outlook email account, text messages she exchanged with ODAY, correspondence she received from PNC Bank, and emails she exchanged with PNC Bank. A letter from PNC Bank to S.O. dated January 31, 2018, listed a loan balance of $39,192.26. Additional letters sent in March, April, and September 2018 stated that loan payments were past due, and a letter from October 2018 stated that the outstanding balance had been charged off and accelerated.

71.     In text messages between June and November 2018, S.O. complained to ODAY that her credit was ruined, that she received numerous calls from PNC Bank, and that ODAY had taken advantage of her. ODAY promised that he was sending her payments by check but was experiencing difficulties with having the check delivered to her. On a date between August 23, 2018, and September 7, 2018, ODAY provided the phone number **678-906-0221** (the "BROOMES PHONE") for NIGEL. ODAY directed S.O. to call NIGEL to request the status of the loan payoff, stated that he called NIGEL on S.O.'s behalf, and promised to repair S.O.'s credit rating.

72.     Records obtained from Google LLC show that S.O., ODAY, WHITE/ "LISA," and BROOMES exchanged several emails between December 2017 and January 2018. Between

25

December 12 and December 29, 2017, S.O. sent as attachments to ODAY various bills and earnings statements, received from ODAY several bills of sale for vehicles as attachments to emails requesting her signature, and sent signed copies of these documents to ODAY. The bills of sale listed the dealer/seller as "404 Automotive Group" and the buyer as a misspelling of S.O.'s name. Each of the documents ODAY sent to S.O. was forwarded from emails ODAY received from Nigel BROOMES (using **british3480@gmail.com**), and ODAY forwarded each document he received from S.O. to BROOMES. Some of the emails exchanged between ODAY and S.O. contained an earlier email dated December 13, 2017, from BROOMES to 404 Automotive Group listing S.O.'s PII and reference to a BMW vehicle and price ("48K"). On December 30, 2017, "LISA" (using **lisaskusa72@gmail.com**) sent an email to ODAY attaching a MVA bill of sale for a vehicle, which listed a misspelling of S.O.'s name as the buyer and ODAY as the seller. The bill of sale was not signed by either party but was notarized, bearing the signature and stamp of C.C., the same New York notary public described in Paragraph 57. ODAY forwarded the email and attachment to BROOMES and separately to S.O., directing S.O. to "sign and return." S.O. returned a signed copy of the MVA bill of sale as an attachment to a reply email.

 73. TIGTA has obtained bank records to include a copy of an auto loan check for $39,192.26 dated January 20, 2018, issued by PNC Bank, made payable to "251 Auto Sales LLC," and signed by S.O. The check lists a VIN for a 2015 BMW vehicle that was owned by Financial Services Vehicle Trust of Hilliard, OH and a resident of Weston, FL with the initials F.H. in December 2014. The vehicle transferred ownership from Financial Services Vehicle Trust to Marietta Auto Sales of Decatur, GA on January 30, 2018. On March 24, 2018, the vehicle was purchased by a resident of Decatur, GA with the initials J.H. There is no indication that S.O., ODAY, WHITE/ "LISA," or BROOMES ever owned this vehicle.

**P.G.**

74.     On February 17, 2017, ODAY and WHITE/ "LISA" exchanged text messages about a pending approval for an unnamed male applicant. WHITE/ "LISA" asked for the applicant's phone number, the name of "first elementary school," and other security questions. (Based on training and experience, your affiant knows that such security questions are regularly employed by financial institutions to verify a customer's identity.) ODAY provided answers to the security questions and the phone number ending in **5022**. This phone number was saved as a contact in ODAY's cell phone under the name "Money P--- G." (The first name is altered here to include only the first initial.) ODAY and WHITE/ "LISA" discussed the applicant's credit history and concluded that he would not be "approved." ODAY offered to pay WHITE/ "LISA" for help resolving the applicant's credit history, and she stated that she would call "pnc." On February 18, 2017, ODAY sent WHITE/ "LISA" a text message asking if she could help him and whether he should call NIGEL (believed to be BROOMES) and "get someone else" to help him.

75.     Records obtained from Tenacity Group show that, on March 15, 2017, ODAY sent to WHITE/ "LISA" (at **lisayoung8772@gmail.com**) an email attaching a credit report of a person with the initials P.G. (same first name noted in the paragraph above) dated February 17, 2017, and stating, "Here u go."

76.     During an interview with law enforcement on January 8, 2019, P.G. stated the following: P.G. met ODAY approximately 25 years ago. More recently, ODAY told P.G. that he was a millionaire, but P.G. did not know how ODAY made money. ODAY presented an investment opportunity to P.G., stating that he needed to borrow money from P.G. and would pay him back double. In 2018, upon ODAY's direction, P.G. provided ODAY with his personal information to take out a loan with Digital Federal Credit Union ("DCU") for approximately

$50,000 for a Mercedes vehicle and then received a loan check in the mail. P.G. never saw the vehicle but believed that ODAY would be reselling the vehicle for a profit. P.G. gave ODAY the loan check. P.G. spoke with "LISA YOUNG," and a person "LISA" knew named NIGEL was also involved with the loans. P.G. believed that a business called "251 Auto Sales" was the dealership responsible for selling cars at auction. P.G. last spoke to ODAY approximately one month prior to the interview and believed he was living in Florida or on the West Coast. He believed that ODAY did not make a lot of money from the vehicles and that ODAY himself had been scammed. P.G. has not made payments toward the auto loan, and his credit is now ruined.

77.     Records obtained from Google LLC show that, on February 12, 2018, ODAY forwarded to P.G. an email ODAY had received on the same date from Nigel BROOMES (using **british3480@gmail.com**). The email included as an attachment an unsigned bill of sale purporting to transfer ownership of a Honda vehicle to P.G. In a reply email on February 13, 2018, P.G. attached the aforementioned bill of sale, now bearing the signature of P.G. ODAY forwarded the signed bill of sale to BROOMES. On February 26, 2018, P.G. forwarded to ODAY an email he and BROOMES received from another individual attaching images of a vehicle title for a Honda vehicle. In the body of the email to ODAY, P.G. stated, "I just got the title, are we still using this car?" ODAY sent a reply email directing P.G. to call him at **202-262-9808**. On March 6, 2018, P.G. forwarded to ODAY an email he received from PenFed Member Services requesting a copy of a purchase order for a vehicle, to include information describing the vehicle. The subject line in the email referenced a loan application.

78.     On April 23, 2018, WHITE/ "LISA" (using **lisaskusa72@gmail.com**) sent ODAY an email attaching a North Carolina Division of Motor Vehicles title application, which listed Navy FCU as lien holder for a 2017 Infiniti vehicle and P.G. as the owner. ODAY forwarded the

email to P.G., stating "Sign send back ASAP," to which P.G. replied with a signed copy of the title application attached. ODAY forwarded the document to WHITE/ "LISA." Subsequently, WHITE/ "LISA" sent additional documents to ODAY for P.G. to sign, ODAY forwarded these documents to P.G., received signed copies, and forwarded the signed copies to WHITE/ "LISA." On April 26, 2018, ODAY sent an email to WHITE/ "LISA" stating, "Do u think we will have the money tomorrow," to which WHITE/ "LISA" replied yes. On May 1, 2018, ODAY sent several emails to WHITE/ "LISA" asking about his money. On May 3, 2018, WHITE/ "LISA" sent ODAY a power-of-attorney document identical in form to that described in Paragraph 46 but purporting to grant P.G.'s financial powers of attorney to ODAY. On May 6 and May 10, 2018, ODAY sent emails to WHITE/ "LISA" requesting a phone call, stating that P.G. thought he was being cheated and was going to call Navy FCU to tell them that he never purchased a car. ODAY stated in one email, "I got a check from DCU for 50k today so I'm straight."

79. On May 3, 2018, BROOMES sent ODAY an email attaching a doctored bill of sale for a 2017 Genesis vehicle, which listed P.G. as the purchaser. Text listing "Dave Auto Center" and a College Park, GA address appears to have been taped to the top portion of the bill of sale. On May 8, 2018, BROOMES sent ODAY an email attaching a purchase contract for a 2015 Mercedes vehicle, which also listed P.G. as the purchaser and listed an amount due of $48,953.99. E.S. of 251 Auto Sales in Prichard, AL was listed as the seller. On the same date, ODAY forwarded this email to P.G., directing him to sign and return it. On the same date, P.G. sent ODAY a reply email attaching the same purchase contract but with a signature next to "Buyer."

80. Bank records reflect that, on May 10, 2018, DCU issued a check payable to "251 Auto Sales LLC" and P.G. in the amount of $48,953.99, which listed the VIN for the aforementioned 2015 Mercedes vehicle.

19 - 1 1 3 6 BPG          19 - 1 1 3 8 BPG

81.     Through further investigation, TIGTA learned that the aforementioned 2015 Mercedes vehicle transferred ownership on May 21, 2018, from Motor Trade of Houston, TX to a Houston resident with the initials M.M.  There is no indication that P.G., ODAY, BROOMES, E.S., or "251 Auto Sales LLC" ever owned this vehicle.

## CONCLUSION

82.     Based on the foregoing information, your affiant submits that there is probable cause to believe that, between July 2017 and May 2018, WHITE/ "LISA" and BROOMES have committed criminal violations including violations of 18 U.S.C. §§ 1343 and 1349 (conspiracy to commit wire fraud).  Accordingly, your affiant requests criminal complaints charging WHITE/ "LISA" and BROOMES with these offenses and warrants for the arrest of WHITE/ "LISA" and BROOMES.


Respectfully submitted,


Kevin M. Davies
Assistant Special Agent in Charge
U.S. Treasury Inspector General for Tax
Administration (TIGTA)


Subscribed and sworn to before me on the ____ day of April, 2019.


HONORABLE BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE